**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SEBASTIAN DIEZ GOMEZ**                    **CASE NO.  1:26-CV-00383 SEC P**

**VERSUS**                                  **JUDGE S. MAURICE HICKS, JR.**

**WARDEN RIVER CORRECTIONAL**               **MAGISTRATE JUDGE AYO**
**CENTER, ET AL**

## MEMORANDUM ORDER

Pending before this Court is a Motion for Extension of Time to Reply to the Respondents' Answer to the Petition for Writ of Habeas Corpus filed by the Petitioner, Sebastian Diez Gomez. [Doc. 14].

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.  The deadline to file a reply is extended to **May 1, 2026.**

**THUS DONE AND SIGNED** in chambers this 16th day of April, 2026.

David J. Ayo
United States Magistrate Judge